FILED

03/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0615

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0615

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RICKY JOE BRENDT,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 19, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2023